**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Kemmie HOUSTON, Defendant–Appellant.**

No. 11–20889
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2012.

Ellen R. Meltzer, Esq., Special Counsel, U.S. Department of Justice, Washington, DC, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for United States of America.

Joseph William Varela, Esq., Houston, TX, for Kemmie Houston.

Kemmie Houston, Bryan, TX, pro se.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The attorney appointed to represent Kemmie Houston has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Houston has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.